**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:25-cr-76-CLC-MJD |
| v. | ) | |
| | ) | |
| DENNIS EVERETT DAVIS | ) | |

**O R D E R**

United States Magistrate Judge Michael J. Dumitru filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea as to Count One of the Second Superseding Indictment; (2) accept Defendant's guilty plea as to the lesser included offense of the charge in Count One of the Second Superseding Indictment, that is, conspiracy to distribute 40 grams or more of a fentanyl mixture and substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(B) (the "Lesser Included Offense"); (3) adjudicate the Defendant guilty of the Lesser Included Offense; (4) defer a decision on whether to accept the plea agreement (Doc. 103) until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter. (Doc. 113.) Neither party filed a timely objection to the report and recommendation.

After reviewing the record, the Court agrees with Magistrate Judge Dumitru's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation (Doc. 113) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea as to Count One of the Second Superseding Indictment is **GRANTED**;
2. Defendant's plea of guilty to the Lesser Included Offense is **ACCEPTED**;
3. Defendant is hereby **ADJUDGED** guilty of the Lesser Included Offense;

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and
5. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **March 10, 2027, at 2:00 p.m. Eastern time** before the undersigned.

**SO ORDERED.**

**ENTER:**

**/s/** ______________________________

**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**